1  Nancy K. McCombs
   Attorney at Law
2  12 Geary Street, Suite #201
   San Francisco, California 94108
3  Telephone: (415) 678-2626

4  Attorney for Plaintiff

5

6                       UNITED STATES DISTRICT COURT

7                      NORTHERN DISTRICT OF CALIFORNIA

8                           SAN FRANCISCO DIVISION

9

10
   GLENDA SOUICE,
11
            Plaintiff,              ) Case No.: 3:06-cv-07548-SC
12                                  )
         v.                         ) STIPULATION EXTENDING TIME TO FILE
13                                  ) MOTION FOR SUMMARY JUDGMENT OR REMAND
   Michael J. ASTRUE,               )
14 Commissioner of                  )
   Social Security,                 )
15                                  )
            Defendant               )
16                                  )
                                    )
17 _____

18
        The parties stipulate that plaintiff shall have an additional sixty
19
   days, to and including September 1, 2007, in which to move for summary
20
   judgment or remand.
21
   //
22
   //
23
   //
24
                 6/27/07                          Nancy K. McCombs
25 DATED: _____       By: _____
                                      NANCY K. MCCOMBS,
26                                    Attorney for Plaintiff

IT IS SO ORDERED
Judge Samuel Conti

-1-

```
1
2
3  DATED:  6/27/07              By: /s/ Jaime Luna Preciado
4                                   JAIME LUNA PRECIADO,
                                    Attorney for Defendant
5
6  IT IS SO ORDERED.
7  DATED: _____            By: _____
                                    SAMUEL CONTI,
8                                   United States District Judge
```

-2-