1  Nancy K. McCombs
   Attorney at Law
2  12 Geary Street, Suite #201
   San Francisco, California 94108
3  Telephone:  (415) 678-2626

4  Attorney for Plaintiff

5

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8                 SAN FRANCISCO DIVISION

9

10
   NAOMI STEVENSON,
11
              Plaintiff,        )  Case No.: 3:06-cv-07548-SC
12                              )
       v.                       )  STIPULATION EXTENDING TIME TO FILE
13                              )  MOTION FOR SUMMARY JUDGMENT OR REMAND
   Michael J. ASTRUE,           )
14 Commissioner of              )
   Social Security,             )
15                              )
              Defendant         )
16                              )
                                )
17 _____

18
       The parties stipulate that plaintiff shall have an additional sixty
19
   days, to and including September 1, 2007, in which to move for summary
20
   judgment or remand.
21
   //
22
   //
23
   //
24

25 DATED:  ___6/27/07___         By:  _Nancy K. McCombs_____

26                                    NANCY K. MCCOMBS,
                                      Attorney for Plaintiff

                        IT IS SO ORDERED
                        Judge Samuel Conti

                              -1-

1

2

3  DATED: ___6/27/07___          By: _____
                                      JAIME LUNA PRECIADO,
4                                     Attorney for Defendant

5

6  IT IS SO ORDERED.

7  DATED: _____          By: _____
                                    SAMUEL CONTI,
8                                   United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

-2-