1  SCOTT N. SCHOOLS, SBN SC 9990
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   JAIME L. PRECIADO, SBN WI 1030911
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8943
       Facsimile:  (415) 744-0134
7
8  Attorneys for Defendant

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12
   NAOMI STEVENSON,               )
13                                 )
          Plaintiff,               )  CIVIL NO.  3:06-cv-7548 SC
14                                 )
             v.                    )  STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING
15                                 )  DEFENDANT'S TIME TO FILE
   MICHAEL J. ASTRUE,              )  RESPONSE TO PLAINTIFF'S
16 Commissioner of Social Security,)  MOTION FOR SUMMARY JUDGMENT
                                   )
17        Defendant.               )
   _____)
18
19         IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the

20  approval of the Court, that defendant Commissioner may have an extension of 30 days in which to

21  file his response to plaintiff's motion for summary judgment.[1]  Defendant's response was due by

22  October 4, 2007, pursuant to Civil L.R.16-5.  Defendant's response is now due on November 4,

23  2007.  This is defendant's first request.

23  ///

24  ///

25  ///

26  ///

27  ///

28

   _____

        [1]  <u>See</u> attached Declaration of Jaime Preciado.

Dated: _October 3, 2007_          /s/ _Nancy K. McCombs_
                                   _(As authorized via Fax on October 3, 2007_)
                                  NANCY K. McCOMBS
                                  Attorney for Plaintiff


                                  SCOTT N. SCHOOLS
                                  United States Attorney


Dated: _October 3, 2007_      By: /s/ _Jaime L. Preciado_
                                  JAIME L. PRECIADO
                                  Special Assistant United States Attorney


PURSUANT TO STIPULATION, IT IS SO ORDERED:


Dated:     10/4/07

SAM~~~~~~
Unite~~~~~~e

2

1  SCOTT N. SCHOOLS, SBN SC 9990
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   JAIME L. PRECIADO, SBN WI 1030911
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone:  (415) 977-8943
        Facsimile:  (415) 744-0134
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12 NAOMI STEVENSON,                    )
                                       )
13        Plaintiff,                   )   CIVIL NO. 3:06-cv-7548 SC
                                       )
14        v.                           )   DECLARATION OF JAIME L. PRECIADO
                                       )   IN SUPPORT OF DEFENDANT'S REQUEST
15 MICHAEL J. ASTRUE,                  )   FOR EXTENSION OF TIME
   Commissioner of Social Security,    )
16                                     )
          Defendant.                   )
17 _____)

18

19 I, Jaime L. Preciado, declare and state as follows:

20        1.     I am an Assistant Regional Counsel in the Office of the General Counsel for the United

21 States Social Security Administration, Region IX.

22        2.     I am requesting a 30-day extension for filing Defendant Commissioner's response to

23
24 Plaintiff's motion for summary judgment.  On October 3, 2007, I spoke with Plaintiff's counsel, and she

25 agreed to allow the undersigned a 30-day extension due to the heavy workload of the undersigned.

26 Plaintiff's counsel agreed to allow Defendant a 30 day extension in order to file the motion.

27

28

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in San Francisco, California on October 3, 2007.


By    /s/ *Jaime L. Preciado*
         Jaime L. Preciado
         Special Assistant United States Attorney